ACCEPTED
06-15-00101-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/22/2015 12:40:37 PM
DEBBIE AUTREY
CLERK

06-15-00101-CV

| | | |
|---|---|---|
| RICKY J. SHUGART, | § | Court of Appeals |
| Appellant | § | 6th COURT OF APPEALS |
| | § | TEXARKANA, TEXAS |
| VS. | § | 12/22/2015 12:40:37 PM |
| | § | Sixth Appellate District |
| | § | DEBBIE AUTREY |
| DAVID THOMPSON, et al | § | Clerk |
| Appellees | § | State of Texas |

## APPELLEE(S)' RESPONSE IN OPPOSITION TO MOTION TO RECOGNIZE POST-JUDGMENT FILINGS, TO WIT: MOTION FOR RECONSIDERATION OF DISMISSAL & AFFIDAVIT, AND DOCUMENTS MENTIONED THEREIN

TO THE HONORABLE COURT:

COME NOW Appellee(s) and file this Response in Opposition to Appellant's Motion to Recognize Post-Judgment Filing, To Wit: Motion for Reconsideration of Dismissal & Affidavit, and Documents Mentioned Therein, in the above entitled action, and would show as follows:

1.     The undersigned did not receive Appellant's Motion to Recognize Post-Judgment Filing, To Wit: Motion for Reconsideration of Dismissal & Affidavit, and Documents Mentioned Therein until December 21, 2015.  Appellees generally respond that they are not waiving any requirements of the Texas Rules of Civil Procedure or the Texas Rules of Appellate Procedure.  It is unclear exactly what Plaintiff is requesting.

Appellees assert that Appellant's case was properly dismissed, that Plaintiff himself dismissed claims and parties[1], that Appellant, related to the pending motion, has failed to follow proper procedures, and that Appellant's motion is improper. Further, Appellant's motion fails to meet the requirements of TRAP 10.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee(s) pray that Appellant's motion be denied.

Respectfully submitted,

By: /s/ James C. Tidwell
James C. Tidwell
State Bar No. 20020100

WOLFE, TIDWELL & McCOY, LLP
320 North Travis Street, Suite 205
Sherman, Texas 75090
(903) 868-1933
(903) 892-2397 FAX

ATTORNEY FOR APPELLEES

---

[1] See Petitioner's Motion to Dismiss Action & Claims Charging the Government Unit [Fannin County Sheriffs' Department/ Fannin County] Employees in Suit for & Under the Texas Tort Claims Act with the Unit.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Appellee(s)' Response in Opposition to Motion to Recognize Post-Judgment Filings, To Wit: Motion for Reconsideration of Dismissal & Affidavit, and Documents Mentioned Therein was served on Ricky J. Shugart, Appellant *pro se*, as follows:

*VIA Certified Mail RRR #7015 0640 0007 0073 4147*
Ricky J. Shugart
#1917471
1391 FM 3328
Tennessee Colony, TX 75800
*(Appellant pro se)*

Date: December 22, 2015

/s/ *James C. Tidwell*
James C. Tidwell